UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMA T. WASHINGTON,<br>          Plaintiff,<br>    v.<br>MERCEDES-BENZ USA, LLC,<br>          Defendant. | Case No. 22-cv-04464-SK<br><br>**ORDER OF DISMISSAL**<br><br>Regarding Docket No. 20 |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED DISMISSED with prejudice, each side to bear its own costs and attorney's fees, with the Court retaining jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED**.

Dated: October 27, 2022

_____
SALLIE KIM
United States Magistrate Judge